UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM,<br><br>　　　　　Defendant. | No.  2:22-cv-00396-JAM -KJN<br><br><br>ORDER DENYING MOTION |

　　　　Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21).  On November 1, 2022, plaintiff filed a Motion for Change of Venue and Motion for Temporary Restraining Order.  (ECF No. 23.)  Plaintiff's case was closed on September 27, 2022.  (ECF No. 22.)  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.  Plaintiff's motion at (ECF No. 23) will, accordingly, not be considered.

Dated:  November 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

RS, fost.0396

1